1307 DETROIT RIVER SAVINGS BANK vs. BOARD OF ASSESS-
ORS (Detroit), No. 12718½, 91 M., 514.

Granted May 6, 1892.

1308 ROBINSON vs. BOARD OF ASSESSORS (Detroit), No. 12719½,
91 M., 516.

Granted May 6, 1892.

Both of these cases involve the same question as was raised in Latham vs. Assessors, Supra.

1309 AUDITOR GENERAL vs. BOARD OF SUPERVISORS (Shia-
wassee), 74 M., 536.

To compel respondent to apportion among the several townships for assessment, the amount of alleged indebtedness from the county to the state.

Denied April 18, 1889, on the ground that certain items should be stricken from the account and the account re-cast.